# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**PROVIDENCE CLASSICAL ACADEMY INC ET AL**

**CASE NO.  5:25-CV-01574**

**VERSUS**

**JUDGE TERRY A. DOUGHTY**

**CADE BRUMLEY ET AL**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## MEMORANDUM RULING

Before the Court is a Motion to Dismiss [Doc. No. 21] filed by Defendants, Cade Brumley, Paul Hollis, Dr. Sharon Clark, Sandy Holloway, Stacey Melerine, Lance Harris, Ronnie Morris, Kevin Berken, Preston Castille, Conrad Appel, Dr. Judy Armstrong, and Simone Champagne (collectively, "Defendants").[1] Plaintiffs, Providence Classical Academy, Inc.; Baton Rouge Christian Education Foundation, Inc., doing business as Dunham School; Joshua Cox; and Claire Cox[2] (collectively, "Plaintiffs"), oppose the Motion [Doc. No. 25]. Defendants filed a reply [Doc. No. 26].

After carefully considering the parties' filings and applicable law, Defendants' Motion is **GRANTED**.

## I.    Background

This suit stems from a recently enacted Louisiana law known as Act 409. *See* 2025 La. Acts 409. The state legislature passed Act 409 after a three-year-old named Charlie was sexually abused by a classmate in a prekindergarten program.[3] Under

---

[1] All Defendants are state officials being sued in their official capacities. [Doc. No. 1, ¶¶ 17–18].

[2] Joshua and Claire Cox are suing individually and on behalf of C.C., their minor child. [Id. at ¶ 14].

[3] [Doc. No. 21-1, p. 11].

then-governing law, neither the Louisiana Department of Education ("DOE"), the Louisiana Board of Elementary and Secondary Education ("BESE"), local law enforcement, nor the Louisiana Department of Child and Family Services had authority over the investigation into Charlie's abuse.[4] This was because at the time, prekindergarten programs "attached" to "[p]ublic and nonpublic day schools serving children in grades kindergarten and above" were exempt from the strict licensing requirements for such "early learning centers." *See* LA. STAT. ANN. § 17:407.35 (2014).

The legislature promptly drafted and unanimously passed Act 409 to address the above-described problem. *See* 2025 La. Acts 409. Act 409 made numerous changes. First, it expands the definition of "early learning centers" to include "any child day care center, Early Head Start Center, Head Start Center, or nonpublic prekindergarten program." LA. STAT. ANN. § 17:407.33 (2025). Second, Act 409 requires "all early learning centers and prekindergarten programs" to meet a plethora of "minimum standards to ensure the safety and welfare of children" ("Universal Requirements"). *See id.* § 17:407.41(A). Third, Act 409 mandates "[a]ll nonpublic prekindergarten programs shall be licensed as an early learning center" as provided by Louisiana law ("Licensure Requirement"). *Id.* § 17:24.8(B)(2). Notably, however, it exempts "grades kindergarten and above, prekindergarten programs attached to a public day school, Louisiana Montessori accredited or provisionally accredited approved schools, camps, registered family child day care homes, and care given without charge" from the Licensure Requirement. *Id.* § 17:407.35(A).

---

[4] [Id.].

The legislature vested the BESE with authority to issue regulations that implement the Licensure Requirement. *See id.* § 17:407.40(A). The BESE, accordingly, issued a non-comprehensive list of reasons for denying a license request. *See* LA. ADMIN. CODE tit. 28, pt CLXI, § 1301 (2025).

Plaintiffs, who are parochial schools and parents of children attending parochial schools,[5] allege that Act 409's Licensure Requirement violates their rights to free exercise of religion and equal protection of the law under the federal and Louisiana constitutions.[6] They also seek a declaratory judgment to the same effect.[7] Defendants counter that Plaintiff's substantive claims cannot proceed under clearly-established law; and, consequently, Plaintiffs' declaratory claim also fails.[8]

The parties briefed all relevant issues, and the matter is ripe.

## II.    Standard of Review

The Federal Rules of Civil Procedure sanction dismissal where the plaintiff fails "to state a claim upon which relief can be granted." FED. R. CIV. P. 12(b)(6). A pleading states a claim for relief, *inter alia*, when it contains a "short and plain statement" that shows "that the pleader is entitled to relief" they seek. *Id.* 8(a)(2).

To withstand a motion to dismiss, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007)). A claim is facially plausible when it contains sufficient factual

---

[5] [Doc. No. 1, ¶¶ 4–16].
[6] [Id. at ¶¶ 52–76].
[7] [Id. at ¶¶ 77–82].
[8] [Doc. No. 21-1, p. 15 & n.5].

content for a court "to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* Plausibility does not equate to possibility or probability; it lies somewhere in between. *See Iqbal*, 556 U.S. at 663. Plausibility only requires enough factual allegations to raise a reasonable expectation that discovery will reveal evidence to support the elements of the claim. *See Twombly*, 550 U.S. at 556. Although courts must accept as true all factual allegations in the complaint, the same presumption does not extend to legal conclusions. *Iqbal*, 556 U.S. at 663. A pleading comprised of "labels and conclusions" or "a formulaic recitation of the elements of a cause of action" does not satisfy Rule 8. *Id.* "[P]laintiffs must allege facts that support the elements of the cause of action in order to make out a valid claim." *City of Clinton, Ark. v. Pilgrim's Pride Corp.*, 632 F.3d 148 (5th Cir. 2010). "Courts must focus on the substance of the relief sought and the allegations pleaded, not on the label used." *Gearlds v. Entergy Servs., Inc.*, 709 F.3d 448, 452 (5th Cir. 2013) (citations omitted).

"The notice pleading requirements of Rule 8 and case law do not require an inordinate amount of detail or precision." *Gilbert v. Outback Steakhouse of Florida Inc.*, 295 F. App'x. 710, 713 (5th Cir. 2008) (citation modified). A "complaint need not pin plaintiff's claim for relief to a precise legal theory. Rule 8 generally requires only a plausible short and plain statement of the plaintiff's claim, not an exposition of his legal argument." *Skinner v. Switzer*, 562 U.S. 521, 530 (2011) (citation modified). "Specific facts are not necessary; the statement need only 'give the defendant fair notice of what the … claim is and the grounds upon which it rests.'" *Erickson v. Pardus*, 551 U.S. 89, 93 (2007) (quoting *Twombly*, 550 U.S. at 555).

Assessing whether a complaint states a plausible claim for relief is a "context-specific task that requires the reviewing court to draw on its judicial experience and common sense." *Iqbal*, 556 U.S. at 663. A well-pleaded complaint may proceed even if it strikes the court that actual proof of the asserted facts is improbable, and that recovery is unlikely. *Twombly*, 550 U.S. at 556. Nevertheless, a court is compelled to dismiss an otherwise well-pleaded claim if it is premised upon a "meritless legal theory." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989).

## III.    Analysis

Adjudicating the constitutionality of a law passed by the people's elected representatives is "the gravest and most delicate duty that this Court is called on to perform." *Northwest Austin Municipal Util. Dist. No. One v. Holder*, 557 U.S. 193, 204–05 (2009) (quoting *Blodgett v. Holden*, 275 U. S. 142, 147–148 (1927) (Holmes, J., concurring)). The Court "will not shrink from [that] duty," but starts with the presumption that a law is constitutional until proven otherwise. *Id.* (citation omitted).

### A.    Federal Free Exercise Claims

"The Free Exercise Clause of the First Amendment, applicable to the States under the Fourteenth Amendment, provides that 'Congress shall make no law … prohibiting the free exercise' of religion." *Fulton v. City of Philadelphia*, 593 U.S. 522, 532 (2021). A "neutral and generally applicable law typically does not violate the Free Exercise Clause—no matter how severely that law burdens religious exercise." *Id.* at 543 (Barrett, J., concurring). Laws are "not neutral and generally applicable and, therefore, trigger strict scrutiny under the Free Exercise Clause, whenever they treat *any* comparable secular activity more favorably than religious

exercise." *Tandon v. Newsom*, 593 U.S. 61, 62 (2021) (citing *Roman Catholic Diocese of Brooklyn* v. *Cuomo*, 592 U. S. 14, 18–19 (2020)) (citation modified). "[W]hether two activities are comparable for purposes of the Free Exercise Clause must be judged against the asserted government interest that justifies the regulation at issue." *Id.*

If a law is found to be not neutral and generally applicable, "the government has the burden to establish that the challenged law satisfies strict scrutiny." *Id.* at 63. "[S]trict scrutiny requires the State to further 'interests of the highest order' by means 'narrowly tailored in pursuit of those interests.'" *Id.* at 64–65 (quoting *Church of Lukumi Babalu Aye, Inc. v. Hialeah*, 508 U.S. 520, 546 (1993)).

The Court's inquiry must, therefore, begin by deciding the proper comparator for the Plaintiff schools. Defendants assert the proper comparator is the other private schools that are not exempt from the Licensure Requirement.[9] Plaintiffs counter that the proper comparators are public and Montessori schools.[10] The Court finds it unnecessary to decide this question here. "The Court will not 'formulate a rule of constitutional law broader than is required by the precise facts to which it is to be applied.'" *Ashwander v. Tennessee Valley Auth.*, 297 U.S. 288, 347 (1936) (Brandeis, J., concurring) (citation omitted); *see also PDK Labs., Inc. v. United States DEA*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring in part and concurring in judgment) ("[I]f it is not necessary to decide more, it is necessary not to decide more."). As illustrated below, Act 409 does not treat any of the likely comparable secular activities, referenced by the parties, more favorably than religious schools.

---

[9] [Doc. No. 26, pp. 4–5].
[10] [Doc. No. 24, pp. 17–20].

Start with secular private schools. If a secular private school offers prekindergarten programs, it is subject to the Licensure Requirement. *See* LA. STAT. ANN. §§ 17:24.8(B)(2), 17:407.35(A) (2025). Then, these secular private schools also face the same regulations imposed by the BESE. In that instance, the state is not treating secular private schools with a prekindergarten program "more favorably than religious" private schools with the same programs. *Tandon*, 593 U.S. at 62.

Now consider Montessori-accredited schools. True, they are exempt from the Licensure Requirement. LA. STAT. ANN. § 17:407.35(A) (2025). But that does not mean they receive more favorable treatment. Rather, the legislature has delegated certification of Montessori schools to the Louisiana Montessori Association ("LMA"). *Id.* § 17:3401(A). The BESE then accredits those schools certified by the LMA. *Id.* The legislature has also laid out a rigorous list of requirements for schools to receive a Montessori certification. These include, *inter alia*, (1) non-discriminatory admissions policies, (2) physical space requirements per child, (3) types and color of indoor and outdoor furniture and fixtures, (4) curriculum and experiential requirements, and (5) testing parameters. *See id.* § 17:3402. The legislature also classifies the various types of teachers and requires different certifications for each class. *Id.* § 17:3403.

Additionally, the LMA inspects Montessori school applicants. *See Application Process*, Louisiana Montessori Association (last visited February 16, 2026).[11] The LMA inspection uses several multi-page checklists, and the applicant Montessori school must meet all the parameters provided therein.[12]

---

[11] https://www.louisianamontessoriassociation.org/application-process
[12] *See* Appendix.

Taking notice of this public information, the Court concludes that, given the legislature's equally strict regime for Montessori accreditation, the state is not treating Montessori schools "more favorably than religious" private schools with similar prekindergarten programs. *Tandon*, 593 U.S. at 62.

Finally, the Court turns to public schools with prekindergarten programs. They too, like Montessori schools with prekindergarten programs, are exempt from the Licensure Requirement. LA. STAT. ANN. § 17:407.35(A) (2025). But again, that is just one side of the coin. Regulation of public schools is anything but bare bones. Louisiana's law books dedicate almost 200 provisions to regulation of public schools. *See id.* §§ 17:151–350.21. Public prekindergarten schools do not need to be licensed by the state because they are created by local school boards. *See id.* § 17:24.8(A)(1). But as creations of local school boards, they are subject to the regulations imposed by local school boards. They also face the same "child safety and welfare minimum standards," i.e., Universal Requirements, that private and Montessori schools face. *Id.* (A)(2). Thus, although they are exempt from the Licensure Requirement, public prekindergarten schools are still dually regulated at the state and local levels. In this context, the state's treatment of public prekindergarten schools cannot be held "more favorabl[e] than [that of] religious" prekindergarten schools. *Tandon*, 593 U.S. at 62.

Thus, assuming—as the Court must—that all the factual allegations in Plaintiffs' complaint are true, *Iqbal*, 556 U.S. at 663, Plaintiffs' first claim still relies on a "meritless legal theory" as Act 409 does not treat any comparable secular school more favorably. *Neitzke*, 490 U.S. at 327. So, the Court is compelled to dismiss it. *Id.*

B.    **Federal Equal Protection Claim**

The Equal Protection Clause of the Fourteenth Amendment prohibits states from denying "any person within its jurisdiction the equal protection of the laws." U.S. CONST. amend. XIV, § 1. But this command must "coexist with the practical necessity that most legislation classifies for one purpose or another, with resulting disadvantage to various groups or persons." *United States v. Skrmetti*, 605 U.S. 495, 509 (2025) (quoting *Romer v. Evans*, 517 U.S. 620, 631 (1996)). To account for this reality, the Supreme Court holds that "if a law neither burdens a fundamental right nor targets a suspect class, [they] will uphold the legislative classification so long as it bears a rational relation to some legitimate end," i.e., rational basis review. *Id.* at 510. Conversely, laws that classify based on suspect classifications, such as religion, "trigger strict scrutiny and will pass constitutional muster only if they are suitably tailored to serve a compelling state interest." *Id.* (citation modified).

1.    **Act 409 does not Trigger Heightened Scrutiny**

The Court must first decide whether Act 409 is subject to heightened scrutiny under the Equal Protection Clause. The Court concludes it does not.

Plaintiffs' complaint alleges that because the Licensure Requirement applies to "religious and other private schools serving prekindergarten students" but exempts "public schools offering prekindergarten programs and Montessori schools accredited under Louisiana Montessori standards," the Licensure Requirement classifies based on religion.[13] They argue, therefore, that strict scrutiny applies.[14] Not so.

---

[13] [Doc. No. 1, ¶ 61].
[14] [Id. at ¶ 60].

On its face, the Licensure Requirement applies to "nonpublic prekindergarten programs." LA. STAT. ANN. § 17:24.8(B)(2) (2025). Thus, it is the public-private designation that triggers the Licensure Requirement. And, as Plaintiffs' own complaint notes, the law applies to "religious *and other private schools* [with] prekindergarten students."[15] As such, the Licensure Requirement does not, by itself, classify based on religion.

As for the exemptions provided to certain non-public prekindergarten programs, Act 409 permits these for "Louisiana Montessori accredited or provisionally accredited approved schools, camps, registered family child day care homes, and care given without charge." *Id.* § 17:407.35(A). Again, the classifications are based on educational accreditation (Montessori), non-school-related activities (camps and family care), or economic status (free-of-charge programs). As such, these too do not classify—and, therefore, do not provide exemption from the Licensure Requirement—based on religion. The Court's finding is again bolstered by Plaintiffs' complaint, which alleges "Act 409 imposes discriminatory burdens only on religious schools *and other private institutions*."[16]

Therefore, the challenged provisions of Act 409 do not "target[] a suspect class." *Skrmetti*, 605 U.S. at 510. Consequently, the Court may uphold Act 409 "so long as it bears a rational relation to some legitimate end." *Id.*

---

[15] [Id. at ¶ 61 (emphasis added)].
[16] [Id. at ¶ 62 (emphasis added)].

## 2.    Act 409 Satisfies Rational-Basis Review

Defendants argue Act 409 satisfies rational-basis review since the law was enacted "to protect the health, safety, and well-being of the children of the state in preschool and prekindergarten programs."[17] The Court agrees.

Laws "enacted to protect the public health, the public morals, or the public safety" are within the state's historic police power. *Jacobson v. Massachusetts*, 197 U.S. 11, 31 (1905). As such, laws that regulate health, morals, or safety are presumed to serve a "legitimate end." *See id.*; *Skrmetti*, 605 U.S. at 510.

Here, it is clear from its face that the legislature enacted Act 409 out of concern for child health, safety, and welfare. All the provisions in Act 409 relate to child safety in places of learning. *See generally* 2025 La. Acts 409. This is bolstered by Act 409's short name: "Charlie's Law." LA. CIV. CODE ANN. art. 2315.13 editor's notes. Textualist interpretation "situates text in context," which is "not found *exclusively* within the four corners of a statute." *Biden v. Nebraska*, 600 U.S. 477, 512 (2023) (Barrett, J., concurring) (citation modified). Since Act 409's short name is "Charlie's Law" and given the timing of its enactment—right after the incident faced by Charlie, the three-year-old—the contextual cues bolster the Court's conclusion that Act 409 was enacted to protect children's health and safety.[18] And, as stated above, that is a legitimate end. Therefore, the Court concludes the legislature enacted Act 409 to serve a "legitimate end." *Skrmetti*, 605 U.S. at 510.

---

[17] [Doc. No. 21-1, p. 24 (citation modified)].
[18] *See supra* note 3 and accompanying text.

Act 409 must also be "rational[ly] relat[ed] to [the above-described] legitimate end" to pass constitutional muster. In other words, if there are "plausible reasons for the relevant government action," it may be upheld. *Id.* at 522. (citation modified).

As Defendants highlight, Act 409 furthers its purpose through its strict requirements, which, thereby, "close[] prior gaps in regulation that directly led to serious harm to prekindergarten children in this State."[19] The Licensure Requirement and its associated regulations bear a sufficient relationship to prevent or reduce occurrences of events like that which happened to Charlie. The myriad of requirements baked into the Licensure Requirement include hiring screening practices, child supervision practices, and incident reporting practices. *See* LA. STAT. ANN. § 17:407.41 (2025); LA. ADMIN. CODE tit. 28, pt CLXI, § 1301 (2025). It is quite "plausible" that these provisions will ensure child health, safety, and welfare in a school. *Skrmetti*, 605 U.S. at 522. Therefore, Act 409 is rationally related to furthering its legitimate ends. *See id.* at 510. Consequently, Act 409 does not violate the Fourteenth Amendment's Equal Protection Clause. So, this claim cannot go forward.

### C.    Declaratory Judgment Claim

Plaintiffs' declaratory judgment claim asks the Court to declare that "Act 409 is unconstitutional as applied to them and similarly situated religious schools and parents," and to prevent Defendants from enforcing Act 409's requirements.[20] This claim, however, draws on the two federal claims that the Court dismissed and the

---

[19] [Doc. No. 21-1, p. 24 (citation omitted)].
[20] [Doc. No. 1, ¶ 82].

two state claims that the Court declines to exercise supplemental jurisdiction over.[21]

As such, the Court summarily dismisses this claim as well.

### D.    State Constitutional Claims

Federal courts have limited subject-matter jurisdiction and only possess those powers authorized by the Constitution and federal statutes. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Federal jurisdiction is limited to two classes: (a) cases involving federal questions or (b) cases involving parties from different states (diversity). *See* U.S. CONST. art. III, § 2, cl. 1.

Federal district courts are also authorized to exercise "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). But a district court "may decline to exercise supplemental jurisdiction over a claim," *inter alia*, when it "has dismissed all claims over which it has original jurisdiction." *Id.* (c)(3).

Plaintiffs' complaint includes two claims arising under the Louisiana Constitution's Religious Freedom and Equal Protection Clauses.[22] Since the Court determined Plaintiff's federal claims cannot go forward,[23] i.e., "claims over which it has original jurisdiction," the Court "decline[s] to exercise supplemental jurisdiction over" Plaintiffs' state law claims. *Id.*

---

[21] [Id. at ¶ 79]; *see supra* Part III.A–B; *infra* Part III.D.

[22] [Doc. No. 1, ¶¶ 66–76].

[23] *See supra* Part III.A–C.

To sum, the Court concludes Plaintiffs' first, second, and fifth claims cannot go forward as they are premised on a "meritless legal theory." *Neitzke*, 490 U.S. at 327. And, therefore, the Court declines to extend jurisdiction over Plaintiffs' state law-based, third and fourth claims, pursuant to the supplemental jurisdiction statute. *See* 28 U.S.C. § 1367(c)(3).

## IV.    Conclusion

For the above-stated reasons,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 21] is **GRANTED**. The first, second, and fifth claims in Plaintiffs' Complaint [Doc. No. 1] are **DISMISSED WITH PREJUDICE**. The Court does so because it concludes amendment of Plaintiffs' complaint would be futile as additional facts could not circumvent the present result—failure to state a claim upon which relief could be granted—which is mandated as a matter of law. *See Stripling v. Jordan Prod. Co.*, 234 F.3d 863, 873 (5th Cir. 2000). Plaintiffs' remaining third and fourth claims are **DISMISSED WITHOUT PREJUDICE** to the extent Plaintiffs choose to re-file those claims in state court.

MONROE, LOUISIANA, this 18th day of February 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

<u>APPENDIX</u>



**LOUISIANA MONTESSORI ASSOCIATION**
**Administrative Checklist**

**GENERAL INFORMATION**

☐ School mission statement
☐ Goals & objectives / Plan of implementation
☐ Current school year calendar
☐ Daily schedules for each level

☐ Harassment / Bullying policy
*Bulletin 741, Chapter 1, §119.*
☐ Emergency Plan
*Bulletin 741, Chapter 1, §121.*

**EMPLOYEE DOCUMENTATION**

*Teacher Files*
☐ Fingerprints / Background check
☐ Copy of college diploma(s)
☐ Transcripts (if applicable)
☐ Copy of Montessori certificate
☐ Copy of Louisiana Ancillary Teaching Certificate

*Assistant Files*
☐ Fingerprints / Background check
☐ Copy of college diploma(s)
☐ Transcripts (if applicable)

*Other Staff Files (Administration, Maintenance, Extracurricular)*
☐ Fingerprints / Background check        ☐ Copy of Master's for Head of School
☐ Copy of college diploma(s)
☐ Transcripts (if applicable)

**STUDENT DOCUMENTATION**

Up-to-date permanent records for each student must include:
☐ Registration, enrollment date
☐ Attendance records
☐ Academic progress
☐ Immunization records
☐ Copy of Social Security card
☐ Copy of Birth Certificate
For Secondary II students, a Cumulative folder with:
☐ LDE Individual graduation plan
☐ TOPS Eligibility / ACT score

**COMPLIANCE DOCUMENTATION**

☐ Annual Fire Inspection
☐ Annual Health Inspection
☐ LMA Annual School Report
☐ LMA Recommendation Letter with Seal
☐ Brumfield vs. Dodd Annual Report
☐ LDE Electronic Report
☐ Proof of BESE Approval

**LOUISIANA MONTESSORI ASSOCIATION**
**Required Materials Checklist**
**Primary Programs (ages 3-6)**

*Refers to optional materials for 3- 6 class

## PRACTICAL LIFE

☐ Dry pouring exercises
☐ Wet pouring exercises
☐ Spooning Exercises

*Washing Exercises*
☐ Hand
☐ Dish
☐ Table
☐ Object

*Polishing Exercises*
☐ Mirror-Glass
☐ Metal
☐ Shoe
☐ Wood

*Folding Exercises*
☐ Folding Cloths
☐ Dusting Cloths

*Sweeping Exercises*
☐ Floor
☐ Crumbing

☐ Closed line for walking

*Dressing Frames*
☐ Large Button
☐ Small Button
☐ Buckles
☐ Snaps
☐ Hooks and Eyes
☐ Zipper
☐ Bows
☐ Lacing
☐ Laces and Hooks

☐ Food Preparation

☐ Exercises for care of plants & animals

*Art*
☐ Cutting exercises
☐ Drawing
☐ Pasting
☐ Collage
☐ Clay
☐ Painting
☐ Easel
☐ Printing
☐ Color Mixing

## SENSORIAL

☐ Knobbed Cylinders (4)
☐ Knobless Cylinders (4)
☐ Pink Tower
☐ Broad Stair
☐ Red Rods
☐ Geometric Cabinet/Cards
☐ Geometric Solids/Bases
☐ Constructive Triangles
☐ Binomial Cube
☐ Trinomial Cube
☐ Color Box 1, 2, 3
☐ Touch Boards
☐ Touch Tablets
☐ Fabrics
☐ Sound Cylinders
☐ *Bells
☐ Smelling Bottles

☐ *Thermic Bottles
☐ Thermic Tablets
☐ Baric Tablets

*Sorting Exercises*
☐ Color
☐ Size
☐ Shape
☐ Texture
☐ Random
☐ Mystery Bag
☐ Materials for promotion of sensorial
☐ Extension
☐ Additional patterning lessons, stringing, peg board, Parquet tiles, etc.
☐ Five sets of the short bead stair

# LANGUAGE

*Enrichment of Vocabulary*
- ☐ Environment Cards
- ☐ Matching Pictures and Words

*Lesson Involving:*
- ☐ Concepts
- ☐ Association
- ☐ Classification
- ☐ Sequence
- ☐ Opposites
- ☐ Spatial Relations
- ☐ Figure Ground

*Writing*
- ☐ Metal Insets
- ☐ Sandpaper Letters
- ☐ Chalkboards
- ☐ Paper/Pencils

*Reading*
- ☐ I Spy Game for introduction to beginning sounds
- ☐ Sandpaper Letters – Upper and Lower Case
- ☐ Beginning Sound
- ☐ Object/Picture Boxes
- ☐ Moveable Alphabet
- ☐ Phonetic Object/Picture Boxes
- ☐ Phonetic Reading Lists
- ☐ Blends Object/Picture Cards
- ☐ Phonetic Phrase Booklets
- ☐ Phonetic Sentence Booklets

*Phonogram Exercises*
- ☐ Object/Picture Boxes

*Phonogram Folders or Sets with:*
- ☐ Cards
- ☐ Sorting
- ☐ Isolated Word Booklets
- ☐ Word Lists
- ☐ Reading Booklets with isolated phonograms

*Reading Classification*
- ☐ Labels for Classroom
- ☐ Puzzle Words
- ☐ Phonetic Books (Educator Pub Services, Lippincott or Modern Curriculum Press)
- ☐ Nomenclature Cards (Three part)
- ☐ Sight words

*Word Study*
- ☐ Singular/Plural
- ☐ Gender
- ☐ Compound words

*Grammar*
- ☐ Farm
- ☐ Nouns
- ☐ Article
- ☐ Adjective
- ☐ Verb
- ☐ Adverb
- ☐ Preposition
- ☐ Conjunction
- ☐ * Adj./Noun Game
- ☐ Verb Commands
- ☐ *Adv./Verb Game
- ☐ *Preposition Game
- ☐ Books
- ☐ Record, Tape, or CD Player

# MATHEMATICS

- ☐ Pre-math exercises designed for the development of the concept of 1:1 correspondence

*Operations*
- ☐ Complete Golden Bead Materials
- ☐ Large and Small Number Cards
- ☐ *Stamp Game
- ☐ *Short Bead Frame

*Facts*
- ☐ Short Bead Stair
- ☐ Addition Strip Board
- ☐ Addition Control Chart
- ☐ Subtraction Strip Board
- ☐ Subtraction Control Chart
- ☐ 55 Bead Bars for Multiplication
- ☐ Multiplication Control Chart
- ☐ *Multiplication Board
- ☐ *Division Board
- ☐ *Division Control Chart
- ☐ Factoring Board

# MATHEMATICS, CONT.

*Numeration*
- [ ] Number Rods/Cards
- [ ] Sandpaper Numerals
- [ ] Spindle Boxes
- [ ] Cards and Counters
- [ ] Memory Game
- [ ] Teen Board and Beads
- [ ] Ten Board and Beads
- [ ] Bead Cabinet – Squaring Chains and Squares
- [ ] 100 Board

*Fractions*
- [ ] Fraction Plates
- [ ] Fraction Labels
- [ ] *Money

*Measurement*
- [ ] *Linear
- [ ] *Weight

# HISTORY / TIME

- [ ] Clock Material
- [ ] Days of the Week
- [ ] Months of the Year
- [ ] Calendar
- [ ] Seasons of the Year
- [ ] Personal Timeline

# GEOGRAPHY

- [ ] Solar System Model or Material
- [ ] Land and Water Globe
- [ ] Air, Land, and Water
- [ ] Land and Water Forms
- [ ] Land and Water Form Cards and Booklets
- [ ] Continent Globe

*Cultural Study*
- [ ] Continent Folders
- [ ] Continent Cards and Booklets

*Puzzle Maps*
- [ ] World
- [ ] North America
- [ ] U.S.A.
- [ ] South America
- [ ] Europe
- [ ] Asia
- [ ] Africa
- [ ] Australia

*Flags*
- [ ] U.S.
- [ ] Canada
- [ ] Mexico
- [ ] *Rest optional

# LIFE SCIENCE

*Classification*
- [ ] Living/Non-living lessons
- [ ] Plant/Animal Lessons

*Botany*
- [ ] Botany Cabinet and Cards
- [ ] Parts of Plant
- [ ] Plant Nomenclature Cards and Booklets
- [ ] Parts of Flower
- [ ] Flower Nomenclature Cards and Booklets
- [ ] Parts of Leaf
- [ ] Leaf Nomenclature Cards and Booklets
- [ ] Life Cycle of Plants

*Zoology*
- [ ] Vertebrate/Invertebrate
- [ ] Classification of Vertebrates
- [ ] Carnivorous, Herbivorous, Omnivorous Animals
- [ ] External Parts of the Fish
- [ ] Fish Nomenclature Cards and Booklets
- [ ] External Parts of the Amphibian
- [ ] Amphibian Nomenclature Cards and Booklets
- [ ] External Parts of the Reptile
- [ ] Reptile Nomenclature Cards and Booklets
- [ ] External Parts of the Bird
- [ ] Bird Nomenclature Cards and Booklets
- [ ] External Parts of the Mammal
- [ ] Mammal Nomenclature Cards and Booklets
- [ ] External Parts of the Human Body
- [ ] Metamorphosis and Life Cycles of Animals

## PHYSICAL SCIENCE

☐ Sink and Float
☐ Magnetic and Nonmagnetic
☐ Variety of Experiment Opportunities

## CONSTRUCTION MATERIALS

☐ Blocks
☐ Variety of additional creative building materials



**LOUISIANA MONTESSORI ASSOCIATION**
Required Materials Checklist
Elementary I Programs (ages 6-9)

## LANGUAGE

- [ ] Materials for Study of History of Language
- [ ] Materials for the Study of Phonograms
      (Double Movable Alphabet, Picture/Word
      Cards, Word Lists, Sentence and Story Booklets)
- [ ] Materials for Word Study (singular/plural,
      masc./fem., compound words, prefix, suffix,
      syn., ant., homophones, contractions)
- [ ] Materials for the Study of Grammar (miniature
      environment, intro. games for all parts of speech)
- [ ] Grammar Boxes for Study – All Parts of Speech
- [ ] Materials for the Function of each Part of Speech
- [ ] Command Cards for the Parts of Speech
- [ ] Materials for Symbolic Grammar
- [ ] Materials for Study of Sentence Analysis
      (material prior to diagramming of sentences)

- [ ] Materials for the Intensive Study of the Verb
- [ ] Materials of alphabetization
- [ ] Dictionaries
- [ ] Variety of Good Quality Reading

*Materials for Different Development Levels*
- [ ] Availability of Classic Literature
- [ ] Materials for Enhancing Spelling Skills and
      Syllabification
- [ ] Materials for Interpretive Reading
- [ ] Materials for Composition and Writing
- [ ] Materials for Punctuation and Capitalization

## MATH

- [ ] Materials for Study of History of Math
- [ ] Golden Bead Material for linking exercises
- [ ] Numeral Cards for Place Value and Numeration Rev.
- [ ] The Stamp Game
- [ ] Short Bead Frames
- [ ] Large Bead Frames
- [ ] Golden Bead Frame
- [ ] 55 Bead Bars
- [ ] Decanomial Box of Bead Bars
- [ ] Numerical Decanomial Material
- [ ] Materials for Memorization of Math Facts
- [ ] Control Charts (All 4 operations)
- [ ] Finger Charts (All 4 operations)
- [ ] Snake Game
- [ ] Negative Snake Game
- [ ] Squaring Chains and labels
- [ ] Cubing Chains and labels
- [ ] Materials for the Expansion of the Decimal
      System to Millions (Wooden Hierarchical
      Material and Numerals)

- [ ] Checkerboard and labels
- [ ] Elementary Bank Game
- [ ] Multiples Tables
- [ ] Peg Boards and pegs for Work with Factors,
      Multiples, and Divisibility
- [ ] Multiplication Board
- [ ] Division Board
- [ ] Test Tube Material
- [ ] Fraction Plates (set of circular, set of division
      of the triangle, two sets for the division
      of the square) and labels
- [ ] Materials for Equivalency of Fractions
- [ ] Materials for Operations of Fractions
- [ ] Materials for the Study of Number Lines
- [ ] Materials for the Study of Roman Numerals
- [ ] Materials for the Study of Money
- [ ] Materials for the study of Measurement
- [ ] Materials for graphing
- [ ] Exercises for Word Problems
- [ ] Binomial and Trinomial Cubes

## GEOMETRY

- [ ] Geometric Cabinet and labels
- [ ] Set of Geometric Solids
- [ ] All sets of Constructive Triangles
- [ ] Box of Sticks
- [ ] Montessori Protractor
- [ ] Regular Protractor
- [ ] Geometric Compass
- [ ] Materials for Apothems

- [ ] Concentric Circle Material
- [ ] Material for Set Theory
- [ ] Yellow Material for Area
- [ ] Booklets and packets for the Study of Plane Geometry – Classification and Definitions of Geometrical Plane Figures and Their Parts
- [ ] Geometry Command Cards

## HISTORY

- [ ] Materials for the measurement of time (Division of the Day)
- [ ] History of the Calendar (Months of the Year and Days of the Week)
- [ ] Materials for the Division of the Year
- [ ] Materials for the Study of Personal Timelines
- [ ] Materials for the Fundamental Needs of Man
- [ ] The Long Black Strip
- [ ] Clock of Eras
- [ ] The Timeline of Life

- [ ] The Hand Chart
- [ ] First Timeline of Man
- [ ] Second Timeline of Man
- [ ] BC – AD Timeline
- [ ] Materials for the Study of the Progress of Civilizat
- [ ] Materials for Parallel Study of American History (Intro. To Explorers, Colonization, U.S. Presiden
- [ ] Reference Books / Journals
- [ ] Booklets
- [ ] Charts and Models

## GEOGRAPHY

- [ ] Impressionistic Charts and materials for the experiments of the First Cosmic Tale
- [ ] Impressionistic Charts and Geography Experiment Cards for The Universe, The Solar System, and The Earth
- [ ] Materials for the study of the layers of the Earth, Stratification of Rocks, and Formation of Mountains
- [ ] Materials for the Classification of Rocks
- [ ] Impressionistic Charts and Experiments for Solar Energy of the Earth and Movements of the Earth
- [ ] Globes
- [ ] Land and Water Form Nomenclature and Definition Cards
- [ ] Solar System Nomenclature Cards and Charts
- [ ] Phases of the Moon Material
- [ ] Pin Maps
- [ ] Blank Continent and Country Maps
- [ ] Material for Flags of the World
- [ ] Material for the Study of U.S. geography
- [ ] Materials for Study of Economic Geography
- [ ] Atlas
- [ ] Charts of Physical Features
- [ ] Materials for the Interdependencies of Human Beings in Society

## SCIENCE

- ☐ Material for Study of Physical Science – (Electricity, Magnetism, Simple Machines, etc.)
- ☐ Materials for the Classification of the Five Kingdoms of Life (charts, booklets, etc.)
- ☐ Materials for nature studies of animals and plants
- ☐ Materials for the Study of Botany
- ☐ Botany Impressionistic Charts
- ☐ Botany Nomenclature Cards (plant, roots, stems, leaf, flower, fruit , seeds)
- ☐ Botany Experiments and Cards
- ☐ Leaf Cabinet and Extension Materials
- ☐ Materials for the Study of Zoology
- ☐ Invertebrate and Vertebrate Charts
- ☐ Parts of invertebrates Nomenclature Cards
- ☐ Vital Functions Charts and Cards
- ☐ Animal Riddles Material
- ☐ Introduction to the Human Body (Nomenclature Cards on external parts and skeletal system)

## FINE ARTS

- ☐ Materials for the exploration and exposure to visual arts and a variety of art mediums
- ☐ Materials for the study of art history
- ☐ Materials for the exploration and exposure to the performing arts
- ☐ Materials for the study of the history of performing arts
- ☐ Materials for the exploration and exposure to music, instruments, musical notation, and composers

**LOUISIANA MONTESSORI ASSOCIATION**
**Required Materials Checklist**
**Elementary II Programs (ages 9-12)**

## LANGUAGE

- [ ] Materials for advanced word study (word families, homophones and homonyms, prefix and suffix, word roots, derivation of names)
- [ ] Materials for the study of spelling rules
- [ ] Materials for the study of vocabulary and diction
- [ ] Logical Sentence Analysis Charts (clause analysis)
- [ ] Symbols for the Parts of Speech (Advanced Symbols)
- [ ] Compound Sentence Table
- [ ] Pronoun Charts
- [ ] Materials for the Intensive Study of the Verb (Charts for the conjugation of verbs, verb classification boxes, charts for the forms of verbs)

- [ ] Materials for intensive study of grammar
- [ ] Quality Reading Comprehension Series (SRA )
- [ ] Quality Reading Materials for Classic Literature, Poetry, and a Variety of Genres
- [ ] Materials for Composition and Writing
- [ ] Dictionaries
- [ ] Thesaurus
- [ ] Research Resource Materials
- [ ] Materials for the study of writing formatting (MLA, APA, etc.)
- [ ] Materials for the technical aspects of writing

## MATH

- [ ] Peg Board and Pegs in hierarchical colors
- [ ] Table of Multiples
- [ ] Binomial and Trinomial Cubes
- [ ] Box of decimal quantities and decimal numeral cards
- [ ] Yellow Decimal Board
- [ ] Elementary Bank Game
- [ ] The Candelabra and the Pinwheel
- [ ] The Circular Fraction Plates
- [ ] The centesimal circle (calibrated from $0 - 100$)
- [ ] Decimal Skittles
- [ ] Decimal Checkboard Material
- [ ] Box of Symbols and 55 Bead Bars
- [ ] Decanomial Box
- [ ] Accessibility to bead chains and golden bead material
- [ ] The Power of Two Cube
- [ ] Accessibility to the Hierarchical Material for the Power Expansion of 10

- [ ] Symbolic Square Material
- [ ] Units division boad
- [ ] Cubing Box Material
- [ ] Negative Snake Game
- [ ] Materials for the study of word problems
- [ ] Materials for the study of number lines and coordinate systems
- [ ] Materials for the use of money
- [ ] Materials for the computation of interest, rate, principal
- [ ] Materials for the study of distance, velocity and time
- [ ] Materials for the study of measurement
- [ ] Meter stick
- [ ] Containers for measuring capacity
- [ ] Scale and metric weights
- [ ] E-2 Fraction Cabinet (division of the square, division of the triangle, Pythagorean Inset)

## GEOMETRY

- [ ] Box of Sticks
- [ ] Compass
- [ ] Rulers
- [ ] Measuring angle
- [ ] Protractor
- [ ] Concentric Circles
- [ ] Material for ornamental geometry
- [ ] Geometric Cabinet of Plane Figures

- [ ] Geometric Plate Cabinet complete
- [ ] Constructive Triangles
- [ ] Yellow Area Material
- [ ] Tessellations Material
- [ ] Unit of Measure Prism of cubes box
- [ ] Yellow wooden volume material
- [ ] Set of Geometric Solids
- [ ] Set of hollow prisms for the study of volume

## HISTORY

☐ Clock of Eras
☐ Timeline of Man
☐ Great Civilization Timeline
☐ Migrations Charts
☐ Comprehension Story packets to accompany
    study of the timelines
☐ Timeline of Life
☐ Timeline of Man II
☐ History Questions Charts/Packets
☐ Fundamental Needs Packets/Chart

*Materials for the Study of American History*

☐ Colonization
☐ New government
☐ Western expansion
☐ Saving the nations
☐ Inventions / Inventors
☐ Presidents

☐ History Experiment Cards
☐ History of the state in which we live
☐ Reference Books and Journals

## GEOGRAPHY

☐ Geography Impressionistic Charts Comprehensive Packets  (Atmosphere, Aeolic Action, Hydroshpere)
☐ Geography Experiment Cards
☐ Available Materials for Experiments
☐ Periodic Table of Elements
☐ Materials and Nomenclature for the Study of Geology
☐ Charts and Blank Maps for the in depth study of Land and Water Formations/Features on Earth
☐ Materials for Ecological Studies
☐ Materials for Economic Geography (Fundamental Needs Chart, The Great River Chart, Stamps or Symbols for
    Exportation and Importation, Control Maps and Blank Maps)
☐ Atlases
☐ Control and Blank Maps of the World, Individual Countries, and the United States
☐ Globes
☐ Plate Tectonic Materials

## BIOLOGY

☐ Impressionistic Charts for the Vital Functions of Plants
☐ Botany Experiment Cards and Available Materials
    for the experiments
☐ Five Kingdoms Chart
☐ Material for the Study of the Five Kingdoms
☐ Kingdom Plantae Charts
☐ Kingdom Plantae Classification Cards
☐ Plant and Animal Cell Charts

☐ Nomenclature Cards and Booklets for the Study of the Cell
☐ Material Packets and Charts for the Comparative Study
    of Vital Functions of Animals
☐ The Chinese Box
☐ The Tree of Life
☐ The Great River Chart and Materials Packets
☐ Materials and Charts for the Study of Ecosystems
☐ Reference Books

## RELATED SCIENCES

☐ Materials for the further study of chemistry
☐ Materials for the further study of physics

## FINE ARTS

☐ Materials for the study of music appreciation (history, composers, periods of music, styles of music)
☐ Materials for the study of basic musical performance and experience (notation, available instruments,
    vocal experiences, etc.)
☐ Materials for the physical and performing arts (movement/dance, yoga, group and individual sports experiences, etc.)
☐ Materials for appreciation of the visual arts (history, artists, periods of art, styles of art)
☐ Materials for experiences to create art and a variety of art medium (sketching/drawing, variety of painting
    techniques, assemblages, paper cutting, printing, mosaic, sculpture, etc.)
☐ Materials for experiences in making crafts (woodworking, metal work, jewelry, etc.)
☐ Music for listening (CD players, i-pods, stereo equipment, earphones, etc.)



**LOUISIANA MONTESSORI ASSOCIATION**
Required Materials Checklist
Secondary I Programs (ages 12-15)

## LANGUAGE

*Vocabulary*
- ☐ Word Elements or Similar Vocabulary Workshop
- ☐ Vocabulary to complement other subject areas
- ☐ Word Roots
- ☐ Etymology
- ☐ Synonyms
- ☐ Antonyms
- ☐ Word Families
- ☐ Grammar
- ☐ Parts of Speech Activities
- ☐ Diagramming

*Ten Elements of Writing*
- ☐ Writing complete sentences and topic sentence
- ☐ Cohesive paragraph construction
- ☐ Personal essays
- ☐ Five-paragraph essays
- ☐ Business writing (resume, cover letter, thank you note)
- ☐ Note Taking
- ☐ Outlining
- ☐ Report writing
- ☐ Lab review/observations
- ☐ Poetry

*Literature*
- ☐ Sets of Anthologies
- ☐ Discussion Groups
- ☐ Activities for written response in form of short answer, reflection, and formal essay
- ☐ Choices of six novels a school year

*Computer writing*
- ☐ Keyboarding
- ☐ Word Processing
- ☐ Power Point (or other media presentation program)
- ☐ Excel (or other data collecting program)

- ☐ Speech writing and public speaking

## MATH

*(Algebra and Geometry)*

- ☐ Number theory
- ☐ The distributive property
- ☐ Elementary techniques of solving equations
- ☐ Solution of word problems
- ☐ Graphing techniques

- ☐ Introduction to linear functions
- ☐ The quadratic
- ☐ Exponential
- ☐ Rational and square root functions
- ☐ Use of the graphing calculator

## SCIENCE

- ☐ Science
- ☐ Physical Science
- ☐ Earth Science
- ☐ Life Science

- ☐ Laboratory and equipment for experiments
- ☐ Analysis portfolios
- ☐ Age-appropriate textbooks that complement the curriculum

## HISTORY

- ☐ American History
- ☐ World History
- ☐ The role of the media in shaping events
- ☐ Changes that have occurred and continue around the role and structure of family

- ☐ The rights and responsibilities of the citizen (of our country and the world)
- ☐ Current events

## WORLD LANGUAGES

☐ Creative writing and speaking
☐ Vocabulary
☐ Reading activities

☐ Interactive games
☐ Journals

## EXPERIENTIAL LEARNING

☐ Entrepreneurship
☐ Working within a business
☐ Internship
☐ Community Service
☐ Events Planning

☐ Environmental Activities
☐ In House Communication
☐ Team Building
☐ Immersion Programs

## HEALTH AND PHYSICAL EDUCATION / MOVEMENT ARTS

☐ Opportunities for team sports education
☐ Opportunities for life time sports education
☐ Strength conditioning
☐ Increase endurance and flexibility

☐ Relaxation techniques and stress management
☐ Movement analysis
☐ Creative Self-expression and positive self-image
  through movement

## VISUAL ARTS

☐ Art processes
☐ Elements of Design
☐ Multi Media
☐ Drawing
☐ Painting

☐ Sculpture
☐ Collage Making
☐ Printmaking
☐ Art Appreciation
☐ History of Art

## MUSIC

☐ Use of rhythmic combinations
☐ Use of a variety of instruments
☐ Performance

☐ Analysis of popular music
☐ History of Music – Use in theatre and film

## LIBRARY AND TECHNOLOGY

☐ Library and Media Center
☐ Task definition
☐ Information seeking strategies
☐ Location and Access

☐ Use of information
☐ Synthesis
☐ Evaluation
☐ Use of software tools through regular use

**Louisiana Montessori Association**

Expectations for Secondary II

*Initially developed by and used with permission from*
*Cincinnati Montessori Secondary Teacher Education Program*

| | |
|---|---|
| **CLASSROOM ENVIRONMENT** | |
| Classroom set up encourages multiple uses: group work, independent work, lessons, seminars, research, etc. | |
| Multiple learning activities occur simultaneously. | |
| Has goals and values of the community posted for reference. | |
| Has seminar guidelines posted for reference. | |
| Has solo guidelines posted for reference. | |
| Ha posted the community jobs/responsibilities for maintaining a clean, beautiful, and well-cared for learning environment. | |
| All displays are carefully selected, purposeful, and beautifully posted. | |
| Classroom has structures and procedures in place for organization. | |
| Everything has its place; clutter is not evident. | |
| The classroom atmosphere is warm and inviting. | |
| Materials and supplies are well cared for and in good condition. | |
| Students and adults move purposefully; they are respectful of the working environment and work spaces, always walking around work areas and perimeters of gathering circles. | |
| Students and adults speak appropriately for the situation, always using the quietest voice possible and never speaking over others or across the room. | |
| There is a productive "buzz" in the classroom. Students who are off-task redirect themselves quickly; when redirecting each other, they do so kindly and appropriately. | |
| **TEACHER** | |
| Actively teaches, observes, and circulates at all times; doesn't interfere/interrupt learning or work. | |
| Adults and students stop, face the speaker, and listen when the group is being addressed. | |
| Works to redirect inappropriate behaviors and activities in a calm and respectful manner; de-escalates rather than incites. | |
| Presents a variety of lesson types: mini group, whole group, small group, seminar | |
| Teacher promotes a climate of respect, friendliness, and openness. | |
| Has a plan and documentation for implementing student led conferences at least one time during the year. | |
| Has a procedure for regular and frequent parent communication regarding student performance. | |
| Maintains effective recording keeping systems. | |

| | |
|---|---|
| **PROCEDURES EXIST FOR EACH OF THE FOLLOWING (**As evidenced by student behavior) | |
| Entering the classroom. | |
| Beginning work. | |
| Conducting community meeting. | |
| Student organization (as evidenced in part by using planners, binders organized with tabs, checklists, etc.) | |
| Seminar. | |
| Requesting a lesson. | |
| Using controls to check work. | |
| Solo time, in which the adults participate and model behaviors and expectations. | |
| Restoring the environment. | |
| Transitions. | |
| **ACADEMICS** | |
| Clear objectives are tied to all lessons/activities/projects and are shard in writing with students. Students should be able to explain the purpose for all work. | |
| Interdisciplinary connections are present in many lessons, activities, and projects. | |
| Students teach each other. | |
| Project work includes clearly articulated steps and due dates, multiple components (research, drafts, paper, captions, artwork, product, performance, etc.,) supportive lessons and rubric. | |
| Student self-evaluations are used for major projects, processes, and papers as well as for leadership skills, seminar participation, and homework completion. | |
| Evidence is provided that choices are given and take into account learning styles, modalities, and/or abilities are used. | |
| Each content area has clear expectations, requirements, and a schedule for completion during the academic year.  Students and teachers monitor progress and hold one another accountable for staying on schedule. | |
| Cycles of study are complete, organized and to date. | |
| **MONTESSORI PRACTICES** | |
| Has a schedule that provides large blocks of time (at least 1 3/4  hours) for instruction, choices, and work. | |
| Has service-learning component. | |
| Has a micro-economy component. | |
| Has an erdkinder experience (fall camp, gardening, stewardship, etc.) for students. | |
| Has a procedure for regular and frequent parent communication and education regarding Montessori secondary practices (thematic curriculum, field studies, fundraising, etc.) and adolescent development. | |

## LOUISIANA MONTESSORI ASSOCIATION ENVIRONMENT RATING FORM

SCHOOL NAME: _____

SCHOOL ADDRESS: _____

PHYSICAL PLANT – ALL MANDATORY – ACCEPTABLE/NON-ACCEPTABLE
Score 0-4 point each

_____1. The physical plant must comply with existing state and local fire, health, and building codes.

_____2.  The school should be orderly, cheerful, clean.

_____3.  Classes should provide age appropriate, accessible shelving with adequate space for materials.

_____4.  Walls and floors should be of light or neutral colors to adequately emphasize materials and cleanliness.

_____5.  Lightweight, movable, child-sized furniture should be provided for Early Childhood and Lower Elementary students. Age appropriate furniture should be provided for Upper Elementary and Secondary students.

_____6.  Each child should have available his own space for personal belongings and school work.

_____7.  Rugs or mats should be in order and accessible to the children.

_____8.  Adequate lighting evidence throughout.

_____9.  35 square feet of total indoor space per child should be provided to allow freedom of movement.

_____10. The environment should be prepared to encourage purposeful activity and freedom of movement.

_____11. The environment should provide accessible toilet and handwashing facilities.

_____12. Class materials should be placed together according to general classification – i.e., math, language, science, practical life, sensorial, where practical.

_____13. 75 sq. feet of outdoor space for each child in the group at any one time available.

_____14. Availability of safe outdoor equipment for a variety of large muscle activities.

_____15.  General attractiveness of outdoor area

Name of School:_____

[Scoring Scale - Minimum score of 1 point on each item required for approval, regardless of total score.]

<u>INSTRUCTIONAL PROGRAM AND MATERIALS</u> – Score 0-4 point each

_____1. Level of independent self-direction evidenced by the children

_____2. Available Montessori Language materials

_____3. Available Montessori Math materials

_____4. Available Montessori Sensorial materials

_____5. Available Montessori Practical Life activities

_____6. Level of cultural activities (art, music, drama, geography, science, foreign language).

_____7. Condition of classroom materials should indicate how well they are maintained. They should be clean and kept in good repair.

_____8. Instructional materials and class operation indicate self-teaching and self-discovery rather than rote memorization.

_____9. The environment should reflect reality and an exposure to nature.

_____10. The majority of materials should isolate one quality or concept.

_____11. Availability of good quality books for children

_____12. Opportunity for children to interact with teachers as a whole group

_____13. Positive interaction among children and teachers clearly evidenced

_____ TOTAL POINTS (OUT OF POSSIBLE 52)
        [required points: 30]

Comments and/or Recommendations:



Committee Signatures: